UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ABORIGINAL IMPORT EXPORT, LTD., and NICHOLAS G. BRUSATORE,<br><br>Plaintiffs,<br><br>v.<br><br>TERRASPHERE SYSTEMS LLC, CONVERTED ORGANICS, INC., WILLIAM A. GILDEA, EDWARD GILDEA and MARK C. GILDEA,<br><br>Defendants. | C.A. 12-cv-10143 |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of Federal Rules of Civil Procedure, Plaintiffs Aboriginal Import and Export, Ltd., and Nicholas G. Brusatore, here by voluntarily dismiss this action with prejudice and without costs or attorney's fees.

ABORIGINAL IMPORT EXPORT, LTD., and
NICHOLAS G. BRUSATORE,

By their attorneys,

/s/ David B. Mack
Sean T. Carnathan (BBO #636889)
scarnathan@ocmlaw.net
David B. Mack (BBO #631108)
dmack@ocmlaw.net
Benjamin Kafka (BBO #640993)
bkafka@ocmlaw.net
O'CONNOR CARNATHAN
AND MACK LLC
1 Van de Graaff Drive
Suite 104
Burlington, MA  01803
Telephone: (781) 359-9000

Dated: April 27, 2012

Case 1:12-cv-10143-LTS   Document 9   Filed 04/27/12   Page 2 of 2

CERTIFICAT OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on April 27, 2012.

/s/ David B. Mack

4825-3143-7839, v. 1