UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
1:12-10143 LTS

Aboriginal Import Export, Ltd., et al

Plaintiffs

V.

Terrasphere Systems, LLC, et al
Defendants

## CLOSING ORDER

SOROKIN, M.J.

    In accordance with the Notice of Voluntary Dismissal filed by the parties this case is hereby closed.

  SO ORDERED.

                       /s/ Leo T. Sorokin
                       UNITED STATES MAGISTRATE JUDGE